UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>MIHRAN MELKONYAN,<br><br>　　　　　　Movant. | No. 2:14-cr-0083-GEB-EFB P<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 11, 2018, are adopted in full;

2. Melkonyan's motion to vacate, set aside, or correct his sentence (ECF No. 237) is denied without prejudice; and

3. The Clerk of the Court is directed to close the companion civil case, No. 2:17-cv-2616-GEB-EFB.

Dated: March 26, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge